UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Petitioner,  )<br>  )<br>vs.  )<br>  )<br>RONALD WILDER,  )<br>  )<br>  Respondent.  )<br>_____  ) | CASE NO. 3:12-cv-488-LRH-WGC<br><br>MINUTES OF THE COURT<br><br>DATED: 3/14/13 |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete       Reporter: None Appearing
U.S. Attorney: None Appearing      Counsel for Defendants: None Appearing

MINUTE ORDER IN CHAMBERS:

Pursuant to the Notice of Compliance with IRS Summonses document [#7] filed March 14, 2013, advising the Court that respondent has satisfactorily complied.

IT IS ORDERED that the compliance hearing currently scheduled on March 19, 2013 at 1:30 p.m. before Judge Hicks is hereby VACATED.

IT IS FURTHER ORDERED this action is closed.

LANCE S. WILSON, CLERK

By:   D. NEGRETE
      Deputy Clerk

FILED
MAR 1 4 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA